| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Lauren Bielskie, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | **Order Filed on April 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Emanuel Gomez and JoAnn L. Gomez,<br><br>Debtors. | Case No.: 18-35257 (JNP)<br><br>Chapter 7<br><br>Hearing Date:   April 7, 2020, at 10:00 a.m.<br><br>Judge: The Honorable Andrew B. Altenburg Jr. |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER
11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: April 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Emanuel Gomez and JoAnn L. Gomez
Chapter 7 Case No. 18-35257 (ABA)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

Upon consideration of the United States Trustee's motion, by and through counsel, for an order extending the time for the United States Trustee to file a motion under 11 U.S.C. § 707 (b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtors and Debtors' counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the United States Trustee to dismiss this case under 11 U.S.C. § 707 (b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **May 13, 2020;** and it is further

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. § 707 (b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727.

United States Bankruptcy Court
District of New Jersey

In re:  
Emanuel Gomez  
JoAnn L. Gomez  
    Debtors

Case No. 18-35257-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 07, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db/jdb        +Emanuel Gomez,    JoAnn L. Gomez,    7536 Park Ave,    Pennsauken, NJ 08109-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
          Amy L Knapp    on behalf of Joint Debtor JoAnn L. Gomez ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Amy L Knapp    on behalf of Debtor Emanuel Gomez ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    Mill City Mortgage Loan Trust 2019-GS2, Wilmington
           Savings Fund Society, FSB, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francis T. Tarlecki    on behalf of Creditor    LoanCare, LLC as servicer for    Lakeview Loan
           Servicing, LLC. Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com
          Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 7