Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.:  18−35257−ABA
                            Chapter:  7
                            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Emanuel Gomez
   7536 Park Ave
   Pennsauken, NJ 08109

   JoAnn L. Gomez
   aka JoAnn L. Pastoriza
   7536 Park Ave
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−8311                                    xxx−xx−3592

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 12, 2020</u>                 <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court